IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACK COOPER TRANSPORT CO., INC.,

    Plaintiff,

v.

CANNONBALL EXPRESS, INC.,
CANNONBALL EXPRESS TRANSPORTATION
CO., LLC, and CANNONBALL EXPRESS
TRANSPORTATION, LLC,

    Defendants.                      Case No. 06-cv-306-DRH

## ORDER

**HERNDON, District Judge:**

Pursuant to the Court's March 29, 2007 Order (Doc. 23) requiring a jurisdictional brief, Plaintiff has submitted the following memorandum (Doc. 26) in order to demonstrate that complete diversity exists between the parties in order establish diversity jurisdiction under **28 U.S.C. § 1332**. Particularly of concern was the fact Plaintiff had not properly plead the citizenship of the defendant LLCs. The the Seventh Circuit deems an LLC a citizen "of every state of which any member is a citizen." ***Belleville Catering Co. v. Champaign Market Place, LLC*, 350 F.3d 691, 692 (7th Cir. 2003)(citing *Cosgrove v. Bartolotta*, 150 F.3d 729 (7th Cir.1998))**.

Reviewing said memorandum, the Court notes that Plaintiff has alleged that one LLC – Cannonball Express Transportation Co., LLC, does not exist (Doc.

26, ¶ 2). Cannonball Express Transportation, LLC, however, is alleged to be comprised of members Bruce Meyers and Jon Meyers. Plaintiff further alleges both members are "citizens of Nebraska" (*Id*. at ¶ 3). In turn, Plaintiff refers the Court to the attached Exhibit A, which is a letter, dated April 9, 2007, from Cannonball Express Transportation, LLC's attorney to Plaintiff's attorney. Yet, the letter actually states that Bruce Meyers and Jon Meyers are "*residents* of Nebraska" (Doc. 26, Ex. A)(emphasis added). This will not suffice as the exhibit does not substantiate Plaintiff's allegations of citizenship. Residency is not the same, under the law, as citizenship. ***See Simon v. Allstate Employee Group Medical Plan*, 263 F.3d 656, 658 n.1 (7th Cir. 2001)(citations omitted)("An allegation of residency, however, is insufficient to establish diversity jurisdiction.")**. Consequently, to evidence citizenship, a party cannot rely upon substantiating evidence showing only proof of residency.

Thus, the Court must require Plaintiff to once again attempt to properly establish diversity jurisdiction. Plaintiff is allowed until **Wednesday, April 25, 2007**, to file its Second Jurisdictional Brief.

**IT IS SO ORDERED**.

Signed this 17th day of April, 2007.

/s/         David RHerndon
**United States District Judge**